## ATTACHMENT A(3): YAHOO

### Place to Be Searched

This warrant applies to information associated with strangeperson_2004@yahoo.com, that is stored at premises owned, maintained, controlled, or operated by Yahoo!, a company headquartered at 701 First Avenue, Sunnyvale, CA 94089, from March 1, 2012, through June 30, 2013.