## ATTACHMENT B(3)

**I.**   **Service of Warrant and Copying of Computer Files by Yahoo!**

    1.    The officer executing this warrant shall effect service by any lawful method including faxing the warrant (with Yahoo!'s consent) to Yahoo!'s offices at the location specified in the warrant.

    2.    The officer executing this warrant shall permit Yahoo!, as custodian of the computer files described in Section II below, to locate the files, copy them onto removable electronic storage media or print them out as paper copies, and deliver the copies to the officer, who need not be present during this process at the location specified in the warrant.

**II.**   **Computer Files to be Copied and Delivered by Yahoo!**

    3.    Computer files relating to the following Yahoo! e-mail address:

    strangeperson_2004@yahoo.com, from March 1, 2012, through June 30, 2013.

Such items to be seized should include, but not be limited to, the following:

    a)    all subscriber information (including subscriber names, addresses, telephone numbers, screen names, account numbers, status of account, duration of account, and method of payment);

    b)    all account history (including terms of service and any complaints);

    c)    all detailed billing records (including date, time, duration, and screen name used each time a particular account was activated);

    d)    buddy lists of all screen names associated each subscriber's account;

    e)    a complete log file of all activity relating to the account(s) (including dates, times, method of connection, connection destination, port, dial-up, and/or location);

    f)    all records of subscriber account preferences, including, but not limited to, the name and Internet address of any "favorite places" or "book-marked" websites specified by the user(s) of the accounts, along with any "address books," "buddy lists," or "member profiles" maintained by, or related to, the account(s) and any stored or archived instant messages;

    g)    reason for service termination if terminated;

    h)    all e-mail, including any attachments, sent by or received by the accounts, whether saved or deleted, whether contained directly in the e-mail account or in a customized "folder";

    i)    all images and visual depictions in any way associated with the account(s) and in whatever form stored;

    j)    all privacy preferences; and

    l)    all profiles associated with each screen name.

## III. Search Procedure

4.    The search warrant will be presented to Yahoo! personnel who will be directed to isolate those accounts and files described in Section II above;

5.    In order to minimize any disruption of computer service to innocent third parties, Yahoo! employees trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Section II above, including an exact duplicate of all information stored in the computer accounts and files described therein;

6.    Yahoo! employees will provide the exact duplicate in electronic form of the accounts and files described in Section II above and all information stored in those accounts and files to the agent who serves the search warrant.